**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION**

WARREN SKILLERN,

        Plaintiff,

v.

                                   CIVIL ACTION NO.: CV611-115

JOHN PAUL and Unit
Manager BREWTON,

        Defendants.

## O R D E R

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Objections and a Motion to Amend have been filed. Plaintiff alleges that the Court is required to view a plaintiff's allegations of imminent danger of serious physical injury as true.

Plaintiff's Objections are without merit. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Plaintiff's Complaint is **DISMISSED**. Plaintiff's Motion to Amend is **DISMISSED** as moot. The Clerk of Court is directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this ___ day of _____, 2012.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)